**Robert W. DOUGHERTY,**
Plaintiff–Appellant,

v.

**Commonwealth of VIRGINIA; Office of the Sheriff, Fairfax County, Virginia; Sheriff Stan Barry, Fairfax County Adult Detention Center, Fairfax VA; Lieutenant Michael Chapman, Fairfax County Adult Detention Center, Fairfax VA; Lieutenant Patty Chartak, Fairfax County Adult Detention Center, Fairfax VA; Deputy Harry Johnson, Fairfax County Adult Detention Center, Fairfax VA; Warden Carl A. Manis, Green Rock Correctional Center, Chatham VA; Captain D.W. Hamilton, Green Rock Correctional Center, Chatham VA; Counselor C.M. Coates; Counselor R.E. Hatch, Green Rock Correctional Center, Chatham VA; Sergeant Morton, Green Rock Correctional Center, Chatham VA; Corporal Lowe, Green Rock Correctional Center, Chatham VA; O.S.S. Runyon, Law Librarian, Green Rock Correctional Center, Chatham VA; Warden Samuel V. Pruett, Coffeewood Correctional Center, Mitchells VA; Unit Manager Marcado, Coffeewood Correctional Center, Mitchells VA; Counselor J. Amison, Coffeewood Correctional Center, Mitchells VA; Corporal Williamson, Coffeewood Correctional Center, Mitchells VA; Hearing Officer S. Williams, Coffeewood Correctional Center, Mitchells VA; Douglas Gourdine, Institutional Programs Manager, Coffeewood Correctional Center, Mitchells VA; O.S.A. Kitts, Law Librarian, Coffeewood Correctional Center, Mitchells VA,**
Defendants–Appellees.

No. 14–7203.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 21, 2014.

Decided: Oct. 24, 2014.

Robert W. Dougherty, Appellant Pro Se.

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert W. Dougherty appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2012) com-

plaint.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dougherty v. Commonwealth of Va.,* No. 7:14–cv–00066–GEC–RSB, 2014 WL 3549003 (W.D.Va. July 17, 2014). We deny Dougherty's motion to compel production of documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

---

* We conclude that the order is final and appealable as no amendment to the complaint could cure the defects identified by the dis-

trict court. *See Domino Sugar Corp. v. Sugar Workers Local Union 392,* 10 F.3d 1064, 1066–67 (4th Cir.1993).